## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Patrick Carney,                                                                                   Civil No. 05-2967 (DWF/JJG)

            Petitioner,

v.                                                                                                                        **ORDER**

Warden R.L. Morrison,

            Respondent.

---

Patrick Carney, *Pro Se*, Petitioner.

Erica H. MacDonald, Assistant United States Attorney, United States Attorney's Office, counsel for Respondent.

---

Based upon the Report and Recommendation by United States Magistrate Judge Jeanne J. Graham dated April 28, 2006; all the files, records, and proceedings herein; and no objections having been filed to that Report and Recommendation;

    **IT IS HEREBY ORDERED** that:

    1.    Petitioner's Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED as MOOT** since a more favorable decision on the merits would not entitle Petitioner to any additional relief.

    2.    Respondent's Motion to Dismiss (Doc. No. 11) is **GRANTED**.

3.  Petitioner's case is **DISMISSED WITH PREJUDICE**.


Dated:  May 22, 2006            <u>s/Donovan W. Frank</u>
                                DONOVAN W. FRANK
                                Judge of United States District Court